# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:12-cr-00237-MMD-CWH |
| vs. ) | **ORDER** |
| JOSEPH ANDRADE, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Perla Ramirez' Motion to Reserve Right to Join Co-Defendant Motions (#44), filed October 25, 2012, and Defendant Julian Gaytan's Motion to Reserve Right to Join Co-Defendant Motions (#46), filed October 26, 2012. The Court is informed that the Government has no objection to the aforementioned motions. Accordingly, the motions will be granted to the extent that Defendants may file individual requests for joinder to motions filed by other co-defendants. Any joinder requests will be evaluated on an individual basis.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Perla Ramirez' Motion to Reserve Right to Join Co-Defendant Motions (#44) and Defendant Julian Gaytan's Motion to Reserve Right to Join Co-Defendant Motions (#46) are **granted**.

DATED this 29th day of October, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**