**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-237-APG-(CWH) |
| PERLA RAMIREZ, | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on September 3, 2013, defendant PERLA RAMIREZ pled guilty to Count One of a Four-Count Criminal Indictment charging her with Conspiracy to Travel in Interstate Commerce in Furtherance of Racketeering Activity in violation of Title 18, United States Code, Section 1952(a)(2) and Title 18, United States Code, Section 371. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 190; Plea Agreement, ECF No. 191.

This Court find defendant PERLA RAMIREZ agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Agreement. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 190; Plea Agreement, ECF No. 191.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment, the Plea Agreement, and the offense to which defendant PERLA RAMIREZ

. . .

pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 190; Plea Agreement, ECF No. 191.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c):

1. a black Glock, Model 22, .40 caliber handgun, bearing serial number SMF592;
2. a black Springfield Armory, Model 1911, .45 caliber handgun, bearing serial number N427696; and
3. any and all ammunition (all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of PERLA RAMIREZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __5th__ day of _____September_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

3

**PROOF OF SERVICE**

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on September 5, 2013, by the below identified method of service:

<u>CM/ECF:</u>

Karen A. Connolly
Karen A. Connolly, Ltd.
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Email: advocate@kconnollylawyers.com
*Attorney for Perla Ramirez*

Rebecca A. Levy
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: rebecca_levy@fd.org
*Attorney for Joseph Andrade*

Philip Brown
Mary Daggett Brown
Brown Law Offices
200 Hoover Ave., Ste. 130
Las Vegas, NV 89101
Email: thelasvegasdefender@gmail.com
Email: mary@thelasvegasdefender.com
*Attorneys for Julian Gaytan*

<u>/s/Michelle C. Lewis</u>
Michelle C. Lewis
Paralegal Specialist