# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,

          Plaintiff,

   vs.

PERLA RAMIREZ,

          Defendant.

2:12-cr-00237-APG-CWH
~~2:13-cr-00237-APG-CWH~~

**ORDER**

**ORDER**

     On August 13, 2014, counsel for Perla Ramirez, Michael P. Kimbrell, Esq., filed a motion to determine a release date.  Doc. #387.  The basis of the motion was Ms. Ramirez continued detention on a material witness warrant since February 7, 2014.  Doc. #333. The Government sought and obtained the material witness warrant after learning that Ms. Ramirez had completed her custodial sentence in the underlying case, and was set to be deported.

     Since the filing of the motion for determination of a release date, the Court has held several status conferences to determine whether Ms. Ramirez could be released on conditions pending the trial of David Duran.  *See* Doc. #390, 397, 398, 401 and 405.

     Based on representations of counsel, to include securing the sworn testimony of Perla Ramirez in accordance with applicable law, as well as additional information obtained from the United States Probation Office and the Department of Homeland Security – Immigration, Customs and Enforcement (ICE),

     **IT IS HEREBY ORDERED** that Perla Ramirez is released to the custody of Probation, with her terms of supervised release modified as follows: The defendant shall reside in a residential re-entry center for a period of up to six (6) months in either the District of Nevada or the District of

Arizona, as approved or directed by the probation officer. Ms. Ramirez will be released as soon as a bed is available in either Las Vegas or Arizona. Defendant is remanded into custody until the paperwork with ICE can be finalized and she can be placed in a residential re-entry center.

DATED __12__ day of November, 2014.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE